413 P.2d 220

**Clifford KIZER, Petitioner,**

v.

**The Honorable Paul F. LARRAZOLO, District Judge, The State of New Mexico, Respondents.**

No. 8090.

Supreme Court of New Mexico.

Feb. 23, 1966.

CARMODY, Chief Justice, and NOBLE and COMPTON, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

413 P.2d 220

**Renwick L. ALLEN and Courtney Vallentine, Petitioners,**

v.

**The Honorable Edwin L. SWOPE, District Judge, Respondent, Jim McClellan, James C. King, Wally Green, W. A. Humphries, Real Parties in Interest.**

No. 8103.

Supreme Court of New Mexico.

March 24, 1966.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the application for alternative writ of mandamus be and the same is hereby denied.